# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:15-cr-00038-MR-DLH-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| JONATHAN TODD KING, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Supervised Release [Doc. 231]. Counsel for the Government and the Defendant's supervising probation officer do not oppose the Defendant's Motion.

Upon review of the Defendant's Motion, and in light of the lack of opposition by the Government and the Defendant's supervising probation officer, the Court is satisfied that the early termination of the Defendant's supervised release is warranted.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Doc. 231] is

**GRANTED**, and the Defendant's term of supervised release in the above-referenced action is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to the Defendant, counsel for the Government, and the U.S. Probation Office.

**IT IS SO ORDERED.**          Signed: May 15, 2018

Martin Reidinger
United States District Judge